1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **WALTER JOHNSON,**                         CIV-S-05-1223 DFL DAD P

                                    Petitioner,   **ORDER**

12

13            **v.**

     **M.L. EVANS,**

14

                                   Respondent.

15

16

17        Upon considering Respondent's request, and good cause appearing therefore, Respondent

18   shall have 45 days from service of this order to file a response to Petitioner's application for writ of

19   habeas corpus.

20   DATED: April 5, 2006.

21

22                                   _____

                                     DALE A. DROZD

23                                   UNITED STATES MAGISTRATE JUDGE

24   DAD:4
     john1223.eot

25

26

27

28