IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER JOHNSON,

    Petitioner,                  No. CIV S-05-1223 DFL DAD P

    vs.

M.L. EVANS,

    Respondent.             ORDER

                              /

On March 3, 2006, the Magistrate Judge issued an order granting petitioner's request to proceed in forma pauperis, directing respondent to file a response to petitioner's habeas petition, and denying petitioner's motion for the appointment of counsel, motion for relief from judgment, and motion styled, "Motion For Supplement and/or Used In Conjunction with Red. Rule 60(b)(1)(2)(3)(4)(6) and State Bar Review Dept." On April 19, 2006, petitioner filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Petitioner's request for reconsideration of the magistrate judge's order of March 3, 2006, is therefore untimely.

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's April 19, 2006 request for reconsideration is denied.

DATED: 5/18/2006

_____
DAVID F. LEVI
United States District Judge

2