1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER JOHNSON,

11              Petitioner,                No. CIV S-05-1223 DFL DAD P

12        vs.

13   M.L. EVANS,

14              Respondent.            <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his 2002 conviction on charges of

18   premeditated attempted murder, residential burglary, and assault with a deadly weapon with force

19   likely to produce great bodily injury.  Respondent filed an answer on May 22, 2006 and petitioner

20   filed his traverse on May 30, 2006.  Before the court are petitioner's motion for reconsideration

21   and motion for leave to file an amended petition.

22          In his motion for reconsideration, filed on June 15, 2006, petitioner contends that

23   the court misconstrued his December 29, 2005 motion for writ of mandamus and requests that

24   the court reconsider its March 3, 2006 order.  Petitioner's motion for reconsideration will be

25   denied as duplicative.  On April 19, 2006, petitioner filed a motion for reconsideration of the

26   /////

                                          1

1  March 3 order, and on May 19, 2006, the District Judge denied the motion for reconsideration as

2  untimely.

3          In his motion for leave to file an amended petition, petitioner seeks leave to file an

4  amended petition to include "newly exhausted claims." (Mot. to Amend at 1.) Petitioner does

5  not describe these new claims but refers to an exhibit which consists of the first page of a form

6  habeas petition filed on January 31, 2007 in the Sacramento County Superior Court. Although

7  petitioner has asserted that his new claims are exhausted, the exhibit to which he refers suggests

8  otherwise. A petitioner satisfies the exhaustion requirement by fairly presenting to the highest

9  state court all federal claims before presenting them to the federal court. See Duncan v. Henry,

10  513 U.S. 364, 365 (1995) (per curiam); Picard v. Connor, 404 U.S. 270, 276 (1971); Crotts v.

11  Smith, 73 F.3d 861, 865 (9th Cir. 1996); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.

12  1986). Here, it appears that petitioner has only recently begun the process of attempting to

13  exhaust his new claims in state court. If petitioner wishes to present in this habeas action claims

14  that are currently unexhausted, he may file and serve a motion for a stay and abeyance with this

15  court. Petitioner is cautioned that stay and abeyance is "available only in limited circumstances"

16  and that he must demonstrate in his motion that there is good cause for his failure to exhaust all

17  claims in state court before he filed his federal habeas petition. See Rhines v. Weber, 544 U.S.

18  269, 277 (2005). If petitioner has fully exhausted his new claims, he may file and serve on

19  respondent a new motion for leave to file an amended petition. To that motion petitioner must

20  attach a proposed amended petition that includes all of his pending and new claims.[1]

21          Accordingly, IT IS HEREBY ORDERED that:

22          1. Petitioner's June 15, 2006 motion for reconsideration is denied as duplicative;

23  and

24  /////

25

26      [1] Local Rule 15-220 requires that an amended pleading "be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."

1    2.   Petitioner's February 9, 2007 motion for leave to file an amended petition is

2    denied without prejudice; within thirty days from the date of this order, petitioner shall file his

3    motion for leave to file an amended petition and proposed amended petition, a motion for a stay

4    and abeyance, or a notice informing the court that he does not intend to file either motion.

5    DATED: February 21, 2007.

7    _____

     DALE A. DROZD

8    UNITED STATES MAGISTRATE JUDGE

9    DAD:4
     john1223.amd+

3